Matthew F. Archbold (CA SBN 210369)
e-mail: matthew@yourlaborlawyers.com
David D. Deason (SBN 207733)
e-mail: david@yourlaborlawyers.com
DEASON & ARCHBOLD
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Telephone: (949) 794-9560

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VERDIN, et al. | Case No.: 2:24-cv-08892-MWC (RAO) |
| Plaintiffs, | [COLLECTIVE ACTION PURSUANT TO 29 USC §216(b)] |
| vs. | |
| CITY OF LOS ANGELES; and DOES 1 through 10, inclusive, | **JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR STAY** |
| Defendants. | Disc. Cut-off: January 16, 2026 |
| | Pre-Trial Conf: June 26, 2026 |
| | Trial: July 13, 2026 |
| | Complaint Filed: October 15, 2024 |

    Plaintiffs, as represented by their counsel, Matthew F. Archbold of Deason & Archbold, and Defendant City of Los Angeles, as represented by Brian Levine, Deputy City Attorney, hereby enter into the following Joint Notice of Settlement and Request for Stay;

/ / / /

/ / / /

WHERAS, the Parties, by and through their counsel, have reached an agreement on the global financial terms of settlement for the individual Plaintiffs in this matter;

WHERAS, after Plaintiffs approve the settlement and sign the settlement agreement, Defendant must seek approval from the Claims Board, then Budget and Finance, and finally, the Los Angeles City Council. This process will take several months;

WHEREAS, the Court had previously granted Plaintiffs' Motion for Conditional Certification of Collective Action under FLSA Section 216(b), but due to unforeseen delays in the production of the contact information of Collective Action Members, the Notice of Pending Collective Action has not been disseminated;

WHEREAS, the delays in producing contact information in combination with the litigation timelines set by the Court, made effective prosecution of the Collective Action impossible, and settlement negotiations for the individual Plaintiffs proved successful;

WHEREAS, the Parties agree that a stay of this litigation is necessary for the Parties to finalize the terms of the settlement and execute a formal settlement agreement to resolve this matter for the individual Plaintiffs; and

WHEREAS, the Parties agree that they cannot move forward with finalizing this settlement without the Court's assistance in staying this litigation.

NOW, THEREFORE, the parties hereto Stipulate as follows:

1. That any current dates and deadlines in this matter be vacated;
2. That all proceedings in this matter are stayed pending finalization of settlement;
3. That the Parties will immediately seek the necessary approval from their clients in finalizing the settlement; and

4. That the Parties will file a Stipulation for Dismissal within one week of the City Council's approval of the settlement terms and within 180 days of the Order to vacate dates.

**The undersigned counsel for Plaintiff, Matthew F. Archbold, certifies that concurrence in this document was obtained from counsel prior to filing.**

DATED: September 15, 2025                DEASON & ARCHBOLD

By: s/ *Matthew F. Archbold*
Matthew F. Archbold
Attorneys for Plaintiffs

DATED: September 15, 2025                Brian Levine, Deputy City Attorney

By: s/ *Brian Levine*
Brian Levine
Deputy City Attorney
Attorneys for City of Los Angeles

3
JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY