Matthew F. Archbold (CA SBN 210369)
e-mail: Matthew@yourlaborlawyers.com
David D. Deason (SBN 207733)
e-mail: David@yourlaborlawyers.com
DEASON & ARCHBOLD
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Telephone: (949) 794-9560

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VERDIN, et al. <br><br>         Plaintiffs, <br>   vs. <br><br> CITY OF LOS ANGELES; and DOES 1 through 10, inclusive, <br><br>         Defendants. | Case No.: 2:24-cv-08892-MWC (RAO) <br><br> [COLLECTIVE ACTION PURSUANT TO 29 USC §216(b)] <br><br> **JOINT STIPULATION FOR CONDITIONAL DISMISSAL** |

   Plaintiffs, as represented by their counsel, David D. Deason of Deason & Archbold, and Defendant City of Los Angeles, as represented by Brian Levine, Deputy City Attorney, hereby submit the below Stipulation:

/ / / /

/ / / /

/ / / /

/ / / /

1

On September 16, 2025, the Court granted the Parties request to Stay the case pending finalization of settlement, but denied the request to Vacate dates.

Since September 16th, the Parties have diligently pursued the completion of the settlement. The Parties negotiated the terms of the written agreement and then Plaintiffs' counsel contacted and consulted the forty-two (42) Plaintiffs regarding the settlement terms. A written Settlement Agreement was then sent to all Plaintiffs and each Plaintiff has since returned an executed copy of the Agreement. Defendant, as represented by their Counsel, Brian Levine, executed the Settlement Agreement on behalf of the City on November 6, 2025. After a review of the payroll records, it was concluded that Plaintiff Castro does not have any qualifying overtime damages, and thus, his case will be dismissed separately.

Now in possession of a fully executed Settlement Agreement, the only process remaining is going through the various stages of approval by the City, ultimately concluding with the approval of the City Council. Defendant expects that this approval process with take at least sixty (60) days.

Now that the Parties have a fully executed agreement and await only the process of approval, the Parties respectfully request that the Court Order a conditional dismissal, pursuant to the below terms.

NOW, THEREFORE, the parties hereto Stipulate as follows:

1. All dates and deadlines governing this action are VACATED.

2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within 120 days from the date of this Order in the event of failure by the City Council to approve the settlement and/or the failure of Defendant to make payment.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 120-day period,

or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of the good cause stated above.

**The undersigned counsel for Plaintiff, David D. Deason, certifies that concurrence in this document was obtained from counsel prior to filing.**

DATED: November 12, 2025                     DEASON & ARCHBOLD

                                                By: s/ *David D. Deason*
                                                    David D. Deason
                                                    Attorneys for Plaintiffs

DATED: November 12, 2025                     Brian Levine, Deputy City Attorney

                                                By: s/ *Brian Levine*
                                                    Brian Levine
                                                    Deputy City Attorney
                                                    Attorneys for City of Los Angeles